AO450 (NVD Rev. 2/18)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

CLARENCE M. WILLIS,
ERNEST C. ALDRIDGE,

        Plaintiffs,

v.

FEDERAL NATIONAL MORTGAGE
ASSOCIATION, *et al.*,

        Defendants.

**JUDGMENT**

Case Number: **3:23-cv-00379-MMD-EJY**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** pursuant to this Court's order filed September 19, 2023 (ECF No. 29), the court *sua sponte* dismissed instant case filed in clear contempt of the Court in Case Number 2:15-cv-002366-MMD-EJY. This action is dismissed with prejudice.
    **IT IS FURTHER ORDERED** that judgment is hereby entered in favor of Federal National Mortgage Association ("Fannie Mae") accordingly and this case is closed.



Date: September 20, 2023

CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk